**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ABDULKHALIQ M. MURSHID, #226587**                    **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 1:20-CV-00365-BWR**

**ADRIAN KEYS ET AL.**                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion an Order issued this day, the remaining claims against all remaining Defendants are dismissed without prejudice. Judgment in favor of Defendants is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 23rd day of September, 2022.

_s/ Bradley W. Rath_

HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE